ADR

Filed

JUN - 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  Fred W. Schwinn (SBN 225575)
   fred.schwinn@sjconsumerlaw.com
2  Jovanna R. Longo (SBN 251491)
   jovanna.longo@sjconsumerlaw.com
3  CONSUMER LAW CENTER, INC.
   12 South First Street, Suite 1014
4  San Jose, California 95113-2418
   Telephone Number: (408) 294-6100
5  Facsimile Number: (408) 294-6190

6  Attorney for Plaintiff
   LENORA GERALDINE ARAGON
7

8

9               IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                      SAN JOSE DIVISION

11                                    C08    02819  RS

12  LENORA GERALDINE ARAGON,          Case No. _____

13                    Plaintiff,      COMPLAINT

14  v.                                DEMAND FOR JURY TRIAL

15  TATE & KIRLIN ASSOCIATES, INC., a  15 United States Code § 1692 *et seq.*
    Pennsylvania corporation           California Civil Code § 1788 *et seq.*
16
                      Defendant.
17

18         Plaintiff, LENORA GERALDINE ARAGON (hereinafter "Plaintiff"), based on

19  information and belief and investigation of counsel, except for those allegations which pertain to the

20  named Plaintiff or her attorneys (which are alleged on personal knowledge), hereby makes the

21  following allegations:

22                          **I. INTRODUCTION**

23         1.    This is an action for statutory damages, attorney fees and costs brought by an

24  individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C.

25  § 1692, *et seq.* (hereinafter "FDCPA"), and the Rosenthal Fair Debt Collection Practices Act,

26  California Civil Code § 1788 *et seq.* (hereinafter "RFDCPA") which prohibit debt collectors from

27  engaging in abusive, deceptive and unfair practices.

28  ///

2.      According to 15 U.S.C. § 1692:

a.      There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.

b.      Existing laws and procedures for redressing these injuries are inadequate to protect consumers.

c.      Means other than misrepresentation or other abusive debt collection practices are available for the effective collection of debts.

d.      Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce. Even where abusive debt collection practices are purely intrastate in character, they nevertheless directly affect interstate commerce.

e.      It is the purpose of this title to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.

## II. JURISDICTION

3.      Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

4.      This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") and the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788 *et seq.* ("RFDCPA").

## III. VENUE

5.      Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district. Venue is also proper in this judicial district pursuant to 15 U.S.C. § 1692k(d), in that the

1  Defendants transact business in this judicial district and the violations of the FDCPA complained

2  of occurred in this judicial district.

3  **IV. INTRADISTRICT ASSIGNMENT**

4        6.    This lawsuit should be assigned to the San Jose Division of this Court because

5  a substantial part of the events or omissions which gave rise to this lawsuit occurred in Santa Clara

6  County.

7  **V. PARTIES**

8        7.    Plaintiff, LENORA GERALDINE ARAGON (hereinafter "Plaintiff"), is a

9  natural person residing in Santa Clara County, California. Plaintiff is a "consumer" within the

10  meaning of 15 U.S.C. § 1692a(3) and a "debtor" within the meaning of Cal. Civil Code § 1788.2(h).

11        8.    Defendant, TATE & KIRLIN ASSOCIATES, INC., (hereinafter "T&K"), is

12  a Pennsylvania corporation engaged in the business of collecting debts in this state with its principal

13  place of business located at: 2810 Southampton Road, Philadelphia, Pennsylvania, 19154. T&K can

14  be served at the address of its Agent for Service of Process: TATE & KIRLIN ASSOCIATES, INC.,

15  c/o National Registered Agents, Inc., 2030 Main Street, Suite 1030, Irvine, California 92614. The

16  principal purpose of T&K is the collection of debts using the mails and telephone, and T&K

17  regularly attempts to collect debts alleged to be due another. T&K is a "debt collector" within the

18  meaning of 15 U.S.C. § 1692a(6) and Cal. Civil Code § 1788.2(c).

19  **VI. FACTUAL ALLEGATIONS**

20        9.    On a date or dates unknown to Plaintiff, Plaintiff is alleged to have incurred

21  a financial obligation, namely an Cross Country Bank credit card account bearing account number

22  XXXX-XXXX-XXXX-6005 (hereinafter "the alleged debt"). The alleged debt was incurred

23  primarily for personal, family or household purposes and is therefore a "debt" as that term is defined

24  by 15 U.S.C. § 1692a(5) and a "consumer debt" as that term is defined by Cal. Civil Code §

25  1788.2(f).

26        10.    Sometime thereafter on a date unknown to the Plaintiff, the alleged debt was

27  consigned, placed or otherwise transferred to Defendant for collection from the Plaintiff.

28        11.    Thereafter, Defendant sent a collection letter (Exhibit "1") to Plaintiff which

1 is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

2    12.    A true and accurate copy of the collection letter from Defendant to Plaintiff

3 is attached hereto, marked Exhibit "1," and by this reference is incorporated herein.

4    13.    The collection letter (Exhibit "1") is dated May 12, 2007.

5    14.    On or about July 13, 2007, Plaintiff mailed a letter to Defendant which stated:

6 "please be advised that I dispute this debt and refuse to pay."

7    15.    A true and accurate copy of the Plaintiff's letter disputing the alleged debt and

8 refusing to pay the alleged debt is attached hereto, marked Exhibit "2," and by this reference is

9 incorporated herein.

10    16.    Defendant received Plaintiff's letter disputing the alleged debt and refusing

11 to pay the alleged debt (Exhibit "2") on or about July 19, 2007.

12    17.    A true and accurate copy of the USPS Tracking Report and Certified Mail

13 Return Receipt evidencing Defendant's receipt of Plaintiff's letter disputing the alleged debt and

14 refusing to pay the alleged debt (Exhibit "2") is attached hereto, marked Exhibit "3," and by this

15 reference is incorporated herein.

16    18.    After receiving Plaintiff's letter notifying Defendant of her refusal to pay the

17 alleged debt (Exhibit "2"), Defendant continued its collection efforts against the Plaintiff.

18    19.    Defendant sent a second collection letter (Exhibit "4") to Plaintiff which is

19 a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

20    20.    A true and accurate copy of the collection letter from Defendant to Plaintiff

21 is attached hereto, marked Exhibit "4," and by this reference is incorporated herein.

22    21.    The collection letter (Exhibit "5") is dated August 22, 2007.

23    ## VII.  CLAIMS

24    **FAIR DEBT COLLECTION PRACTICES ACT**

25    22.    Plaintiff brings the first claim for relief against Defendant under the Federal

26 Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

27    23.    Plaintiff repeats, realleges, and incorporates by reference paragraphs 1

28 through 38 above.

1    24.    Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. §

2  1692a(3).

3    25.    Defendant, T&K , is a "debt collector" as that term is defined by the FDCPA,

4  15 U.S.C. § 1692a(6).

5    26.    The financial obligation allegedly owed by the Plaintiff is a "debt" as that

6  term is defined by the FDCPA, 15 U.S.C. § 1692a(5).

7    27.    Defendant has violated the FDCPA in the following respects:

8            a.    Defendant continued collection efforts against Plaintiff after

9                receiving a written notification that Plaintiff refused to pay the debt

10                being collected, in violation of 15 U.S.C. § 1692c(c).

11    28.    Defendant's acts as described above were done intentionally with the purpose

12  of coercing Plaintiff to pay the alleged debt.

13    29.    As a result of the Defendant's violation of the FDCPA, the Plaintiff is entitled

14  to an award of statutory damages, costs and reasonable attorneys fees, pursuant to 15 U.S.C. §

15  1692k.

16                **ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

17    30.    Plaintiff brings the second claim for relief against Defendant under the

18  Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), California Civil Code §§ 1788-1788.33.

19    31.    Plaintiff repeats, realleges, and incorporates by reference paragraphs 1

20  through 48 above.

21    32.    Plaintiff is a "debtor" as that term is defined by the RFDCPA, Cal. Civil Code

22  § 1788.2(h).

23    33.    Defendant, T&K, is a "debt collector" as that term is defined by the RFDCPA,

24  Cal. Civil Code § 1788.2(c).

25    34.    The financial obligation allegedly owed by the Plaintiff is a "consumer debt"

26  as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(f).

27    35.    Defendant has violated the RFDCPA in the following respects:

28            a.    Defendant continued collection efforts against Plaintiff after

1   receiving a written notification that Plaintiff refused to pay the debt
2   being collected, in violation of 15 U.S.C. § 1692c(c), as incorporated
3   by Cal. Civil Code § 1788.17.

4       36.    Defendant's acts as described above were done willfully and knowingly with

5   the purpose of coercing Plaintiff to pay the alleged debt, within the meaning of Cal. Civil Code §

6   1788.30(b).

7       37.    As a result of the Defendant's willful and knowing violations of the RFDCPA,

8   the Plaintiff is entitled to an award of a statutory penalty in an amount not less than one hundred

9   dollars ($100) nor greater than one thousand dollars ($1,000), pursuant to Cal. Civil Code §

10  1788.30(b).

11      38.    As a result of the Defendant's violations of the RFDCPA, the Plaintiff is

12  entitled to an award of statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A), as incorporated

13  by Cal. Civil Code § 1788.17.

14      39.    As a result of the Defendant's violations of the RFDCPA the Plaintiff is

15  entitled to an award of her reasonable attorney's fees and costs pursuant to Cal. Civil Code §

16  1788.30(c) and 15 U.S.C. § 1692k(a)(3), as incorporated by Cal. Civil Code § 1788.17.

17      40.    Pursuant to Cal. Civil Code § 1788.32, the remedies provided under the

18  RFDCPA are intended to be cumulative and in addition to any other procedures, rights or remedies

19  that the Plaintiff may have under any other provision of law.

20  **VIII.  REQUEST FOR RELIEF**

21  Plaintiff requests that this Court:

22  a.    Assume jurisdiction in this proceeding;

23  b.    Declare that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §§

24      1692c(c);

25  c.    Declare that Defendant violated the Rosenthal Fair Debt Collection Practices Act,

26      Cal. Civil Code § 1788.17;

27  d.    Award Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to

28      15 U.S.C. § 1692k(a)(2)(A);

e.    Award Plaintiff a statutory penalty in an amount not less than $100 nor greater than $1,000 pursuant to Cal. Civil Code § 1788.30(b);

f.    Award Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A), as incorporated by Cal. Civil Code §1788.17;

g.    Award Plaintiff the costs of this action and reasonable attorneys fees pursuant to 15 U.S.C. § 1692k(a)(3) and Cal. Civil Code §§ 1788.17 and 1788.30(c); and

h.    Award Plaintiff such other and further relief as may be just and proper.

CONSUMER LAW CENTER, INC.

By: /s/ Jovanna R. Longo
Jovanna R. Longo, Esq.
Attorney for Plaintiff
LENORA GERALDINE ARAGON

## CERTIFICATION PURSUANT TO CIVIL L.R. 3-16

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

/s/ Jovanna R. Longo
Jovanna R. Longo, Esq.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, LENORA GERALDINE ARAGON, hereby demands a trial by jury of all triable issues of fact in the above-captioned case.

/s/ Jovanna R. Longo
Jovanna R. Longo, Esq.

**TATE & KIRLIN ASSOCIATES**

2810 Southampton Road
Philadelphia PA 19154

**ADDRESS SERVICE REQUESTED**

2810 Southamp   n Road • Philadelphia, PA 19154
Toll Free (877) 982-0001 • (267) 407-0101

_____ Yes, please remove this account
from my credit report (enclosed
is full payment)

May 12, 2007

_____ Yes, I am settling this account
in full for $811.42
(enclosed is $811.42)

#BWNKGZZ
#TY63DF9D18#   8365347-051
Lenora G Aragon
1470 Sanborn Ave
San Jose CA  95110-3615

Tate & Kirlin Associates
2810 Southampton Rd
Philadelphia PA  19154-1207

---

*** Detach Upper Portion and Return with Payment ***

056522-TATEI051TY63DF9D18

Client: APPLIED CARD BANK
Client Ref #: 4227097367536005
Account #: 8365347
Balance:$ 1622.84



**EXHIBIT 1**

**SPECIAL OFFERS FROM APPLIED CARD BANK**

Applied Card Bank is offering you two programs to help you satisfy your account.

1. CLEAR YOUR CREDIT PROGRAM
2. SETTLEMENT PROGRAM

**CLEAR YOUR CREDIT Program:**  Applied Card Bank, formerly Cross Country Bank, has authorized us to extend to you their "Clear Your Credit" offer.  Applied Card Bank will remove this account from your credit report once you have paid the balance in full.  Please note that it may  take up to 90 days after payment in full for your credit report to be updated.

**SETTLEMENT Program:**  Applied Card Bank will accept 50% of your balance which is $811.42 as settlement in full on your account.

Please note that these are two separate offers.  If you wish to have your account removed from your credit report, you must pay  the balance in full.  The Clear Your Credit Program is separate from the Settlement Program.

Should you have any questions, please do not hesitate to contact our office at (877) 982-0001.

Yours truly,

*Mark Brewer*

This is an attempt to collect a debt and any information obtained will be used for that  purpose.  Tate & Kirlin Associates is a professional debt collection agency.

---

Change of Address:_____ City:_____ State:_____ Zip:_____
Home Telephone #:_____ Business Telephone #:_____

IF YOU WISH TO PAY BY VISA OR MASTERCARD (CIRCLE ONE) FILL IN
THE INFORMATION BELOW AND RETURN THE ENTIRE LETTER TO US

_____        $_____        ____/____
Account Number              Payment Amount      Expire Date

_____        _____
Card Holder Name            Signature of Card Holder

Tate and Kirlin Associates • 2810 Southampton Road • Philadelphia, PA  19154 • Toll free (877) 982-0001 • (267) 407-0101

# REFUSE TO PAY LETTER

Tate & Kirlin Associates
Collection Agency's Name

2810 Southampton Rd.
Collection Agency's Address

Philadelphia, PA 19154

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

7-13-07
Today's Date

7005 3110 0000 4788 1335
Tracking Number

Re: Account No. 8365347

Dear Sir or Madam:

I have enclosed a copy of the last collection letter that you sent to me.

In this regard, please be advised that I dispute this debt and refuse to pay.

PLEASE MARK YOUR FILES ACCORDINGLY.

Trusting in your good offices, I remain . . .

Very Truly Yours,

Lenora Aragon
Sign your name here

Lenora Aragon
Print your name here

1470 Sanborn Ave.
Print your address here

San Jose, CA 95110





2810 Southampton Road
Philadelphia PA 19154
**ADDRESS SERVICE REQUESTED**

2810 Southampton Road • Philadelphia, PA 19154
*Toll Free (877) 982-0001 • (267) 407-0101*

_____ Yes, please remove this account
from my credit report (enclosed
is full payment)

May 12, 2007

_____ Yes, I am settling this account
in full for $811.42
(enclosed is $811.42)

#BWNKGZZ
#TY63DF9D18#    8365347-051
Lenora G Aragon
1470 Sanborn Ave
San Jose CA 95110-3615

Tate & Kirlin Associates
2810 Southampton Rd
Philadelphia PA 19154-1207



*** Detach Upper Portion and Return with Payment ***

056S22-TATE1051TY63DF9D18

Client: APPLIED CARD BANK
Client Ref #: 4227097367536005
Account #: 8365347
Balance: $ 1622.84

### SPECIAL OFFERS FROM APPLIED CARD BANK

Applied Card Bank is offering you two programs to help you satisfy your account.
1. CLEAR YOUR CREDIT PROGRAM
2. SETTLEMENT PROGRAM

**CLEAR YOUR CREDIT Program:**  Applied Card Bank, formerly Cross Country Bank, has authorized us to extend to you their "Clear Your Credit" offer.  Applied Card Bank will remove this account from your credit report once you have paid the balance in full.  Please note that it may take up to 90 days after payment in full for your credit report to be updated.

**SETTLEMENT Program:**  Applied Card Bank will accept 50% of your balance which is $811.42 as settlement in full on your account.

Please note that these are two separate offers.  If you wish to have your account removed from your credit report, you must pay the balance in full.  The Clear Your Credit Program is separate from the Settlement Program.

Should you have any questions, please do not hesitate to contact our office at (877) 982-0001.

Yours truly,

*Mark Brewer*

This is an attempt to collect a debt and any information obtained will be used for that purpose. Tate & Kirlin Associates is a professional debt collection agency.

Change of Address:_____   City:_____  State:_____  Zip:_____
Home Telephone #:_____         Business Telephone #:_____

IF YOU WISH TO PAY BY VISA OR MASTERCARD (CIRCLE ONE) FILL IN
THE INFORMATION BELOW AND RETURN THE ENTIRE LETTER TO US

                                         $
_____              _____              _____/_____
Account Number                            Payment Amount                   Expire Date

_____                                 _____
Card Holder Name                                             Signature of Card Holder

**Tate and Kirlin Associates • 2810 Southampton Road • Philadelphia, PA 19154 • Toll free (877) 982-0001 • (267) 407-0101**


**UNITED STATES POSTAL SERVICE®**

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 3110 0000 4788 1335**
Detailed Results:

- **Delivered, July 19, 2007, 8:02 am, PHILADELPHIA, PA 19154**
- **Acceptance, July 16, 2007, 4:19 pm, SAN JOSE, CA 95113**

( ‹Back )                    ( Return to USPS.com Home › )

---

**Track & Confirm**

Enter Label/Receipt Number.

---

**POSTAL INSPECTORS**      site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Roger Hurd_  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Jose Garcia<br>JUL 19 2007 |
| 1. Article Addressed to:<br><br>Tate + Kirlin Associates<br>2810 Southampton Rd<br>Philadelphia, PA  19154 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7005 3110 0000 4788 1335 | |
| PS Form 3811, February 2004      Domestic Return Receipt | 102595-02-M-1540 |

**EXHIBIT 3**

# TATE & KIRLIN ASSOCIATES

2810 Southampton Road
Philadelphia PA 19154

**ADDRESS SERVICE REQUESTED**

*2810 Southampton Road • Philadelphia, PA 19154*
*Toll Free (877) 982-0001 • (267) 407-0101*

_____ Yes, please remove this account
from my credit report (enclosed
is full payment)

**August 22, 2007**

_____ Yes, I am settling this account
in full for $811.42
(enclosed is $811.42)

#BWNKGZZ
#TY6F29C5E9#    8365347-051
Lenora G Aragon
1470 Sanborn Ave
San Jose CA  95110-3615

Tate & Kirlin Associates
2810 Southampton Rd
Philadelphia PA  19154-1207



---

*** Detach Upper Portion and Return with Payment ***          000917-TATE1051TY6F29C5E9

Client: APPLIED CARD BANK
Client Ref #: 4227097367536005
Account #: 8365347
Balance: $ 1622.84

**SPECIAL OFFERS FROM APPLIED CARD BANK**



Applied Card Bank is offering you two programs to help you satisfy your account.

1. CLEAR YOUR CREDIT PROGRAM
2. SETTLEMENT PROGRAM

**CLEAR YOUR CREDIT** Program:  Applied Card Bank, formerly Cross Country Bank, has authorized us to extend to you their "Clear Your Credit" offer.  Applied Card Bank will remove this account from your credit report once you have paid the balance in full.  Please note that it may take up to 90 days after payment in full for your credit report to be updated.

**SETTLEMENT** Program:  Applied Card Bank will accept 50% of your balance which is $811.42 as settlement in full on your account.

Please note that these are two separate offers.  If you wish to have your account removed from your credit report, you must pay the balance in full.  The Clear Your Credit Program is separate from the Settlement Program.

Should you have any questions, please do not hesitate to contact our office at (877) 982-0001.

Yours truly,

*Mark Brewer*

This is an attempt to collect a debt and any information obtained will be used for that purpose. Tate & Kirlin Associates is a professional debt collection agency.

Change of Address: _____ City: _____ State: _____ Zip: _____
Home Telephone #: _____  Business Telephone #: _____

**IF YOU WISH TO PAY BY VISA OR MASTERCARD (CIRCLE ONE) FILL IN
THE INFORMATION BELOW AND RETURN THE ENTIRE LETTER TO US**

$ _____        _____ / _____

Account Number          Payment Amount          Expire Date

Card Holder Name          Signature of Card Holder

Tate and Kirlin Associates • 2810 Southampton Road • Philadelphia, PA  19154 • Toll free (877) 982-0001 • (267) 407-0101




PRESORTED
FIRST CLASS




The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

**I. (a) PLAINTIFFS**

LENORA GERALDINE ARAGON

**DEFENDANTS**

TATE & KIRLIN ASSOCIATES, INC.

**(b)** County of Residence of First Listed Plaintiff  Santa Clara
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)**  Attorney's (Firm Name, Address, and Telephone Number)

Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number (409) 294-6100

Attorneys (If Known)

C08   02819   RS   E-FILING

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [X] 3  Federal Question (U.S. Government Not a Party)
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                    and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury — Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [X] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **Habeas Corpus:** | [ ] 791 Empl. Ret. Inc. Security Act | | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | | **FEDERAL TAX SUITS** | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus – Alien Detainee | | |
| | | | [ ] 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Federal Fair Debt Collection Practices Act, 15 U.S.C. sec 1692, et seq

Brief description of cause:
Unlawful debt collection practices

**VII. REQUESTED IN COMPLAINT:**
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  [X] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY**
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE
"NOTICE OF RELATED CASE".

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
(PLACE AND "X" IN ONE BOX ONLY)
- [ ] SAN FRANCISCO/OAKLAND
- [X] SAN JOSE

DATE
May 19, 2008

SIGNATURE OF ATTORNEY OF RECORD
Jovanna Longe